# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

GREATER ST. STEPHEN MINISTRIES, INC.,

                    Plaintiff,                      24 **CIVIL** 3130 (AS)

      -against-                          **<u>JUDGMENT</u>**

MT. HAWLEY INSURANCE COMPANY,

                    Defendant.

--------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 2, 2026, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 5, 2026

                                     **TAMMI M. HELLWIG**

                                  _____

                                     **Clerk of Court**

                **BY:**

                                  _____

                                     **Deputy Clerk**